Charley Os-Ko-Mon, Appellee, v. New York Star Company et al., on appeal of Marie Berezniak, Appellant.

## Gen. No. 23,666.  (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. LEO J. DOYLE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918.

## Statement of the Case.

Action by Charley Os-Ko-Mon, plaintiff, against New York Star Company and Marie Berezniak, defendants, to recover damages for breach of an attachment bond. From a judgment for plaintiff for $25, defendant Berezniak appeals.

CAVENDER & KAISER, for appellant.

HARRY SMITZ, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

ATTACHMENT, § 356*—*when judgment for legal services proper in action on bond.* In an action on an attachment bond, judgment for $25 for legal advice and services rendered in relation to the attachment and not for defending the suit, *held* sustained by the undisputed evidence.